## 35575. BROWN v. BROWN.

PER CURIAM.

Appellant has not followed the appeal procedures required by law in domestic relations cases (Ga. L. 1979, p. 619; Code Ann. § 6-701.1).

*Appeal dismissed. All the Justices concur.*

SUBMITTED NOVEMBER 9, 1979 — DECIDED
JANUARY 8, 1980.

*Coney, Tinsley & Emerson, John L. Coney, Barbara V. Tinsley,* for appellant.

*William L. Martin, III,* for appellee.